■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY SPEARS, Appellant. — Judgment, Supreme Court, New York County (Haft, J.), rendered on February 6, 1980, unanimously affirmed. Application based on a stipulation and affirmation for an adjournment and to enlarge the record if necessary, denied. No opinion. Concur — Kupferman, J. P., Ross, Fein and Alexander, JJ.